1  PHILLIP TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA No. 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
4  MARY TSAI, CSBN 216963
   Special Assistant United States Attorney
5  Office of Program Litigation, Office 7
   Office of the General Counsel
6  Social Security Administration
7       6401 Security Boulevard
        Baltimore, MD 21235
8       Telephone: (510) 970-4864
        E-Mail: mary.tsai@ssa.gov
9  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KEVIN JABBAR MICKENS, | Case No.: 2:24-CV-1116 JDP (SS) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pending the Court's approval, the parties hereby stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended twenty-two (22) days from August 12, 2024, up to and including September 3, 2024.

This is Defendant's first request for an extension, and it is made with good cause. Defendant's counsel has worked diligently to meet the timelines provided by the Court but has been prevented from doing so by her busy schedule. Defendant's counsel has three briefs due in the beginning of August and seven in total in August, along with other litigation matters.

Stip. for Ext.; 2:24-CV-1116 JDP (SS)            1

Defendant requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 6, 2024  /s/ Francesco Paulo Benavides*
*(*as authorized via e-mail on August 6, 2024)*
FRANCESCO PAULO BENAVIDES
Attorney for Plaintiff

Dated: August 6, 2024  PHILLIP A. TALBERT
United States Attorney

MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By:  /s/ Mary Tsai
MARY TSAI
Special Assistant U.S. Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including September 3, 2024, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:  August 7, 2024  _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; 2:24-CV-1116 JDP (SS)   2